JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISH NETWORK L.L.C., ECHOSTAR TECHNOLOGIES L.L.C., AND NAGRASTAR LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO HERNANDEZ, <br><br> Defendant. | Case No.: CV 14-8577 DSF (AJWx) <br><br><br> JUDGMENT |

The Clerk having entered default against Defendant Alejandro Hernandez, and the Court having granted Plaintiffs' motion for default judgment in favor of Plaintiffs and against Defendant,

IT IS ORDERED AND ADJUDGED that judgment be entered against Hernandez and in favor of Plaintiffs for $10,000 in statutory damages and $1,200 in attorneys' fees. Additionally, Hernandez is ordered (1) to cease circumventing or assisting others in circumventing DISH Network's security system, or otherwise intercepting or assisting others to intercept DISH Network's satellite signal and (2) to cease testing, analyzing, reverse engineering, manipulating, or

1  otherwise extracting codes, data, or information from DISH Network's satellite
2  receivers, smart cards, satellite data stream, or any other part or component of the
3  DISH Network security system.

4  Dated: \_\_\_\_2/9/15_____    _____
5                                          Dale S. Fischer
                                            United States District Judge

2